```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RONALD JOEL FOUNTAIN            :    CIVIL ACTION
                                :
       v.                       :
                                :
UNITED STATES                   :    NO. 07-cv-01612-JF
```

MEMORANDUM AND ORDER

Fullam, Sr. J.                                       April 26, 2007

On April 23, 2007, the *pro se* plaintiff filed a motion for leave to proceed *in forma pauperis*.  Accompanying the motion is a single page document entitled "Complaint" which seems to suggest that plaintiff believes his various constitutional rights have been violated and that he has a "smart money claim" for $100 million.  Accompanying this document is a stack of papers pertaining to litigation which plaintiff has apparently pursued in various courts, over a period from 1989 to 2006.  Most of these lawsuits were filed in the District of Columbia Circuit or in California, or in various state courts.  All of them were summarily dismissed for lack of merit.  Nothing in the papers submitted by plaintiff can possibly be viewed as stating any valid claims against anyone.  The motion for leave to proceed *in forma pauperis* will therefore be denied, and this action will be dismissed as frivolous, 28 U.S.C. § 1915(e)(2)(B).

An Order follows.

```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| RONALD JOEL FOUNTAIN | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| UNITED STATES | : | NO. 07-cv-01612-JF |

<u>ORDER</u>

AND NOW, this 26th day of April 2007, IT IS ORDERED:

1.  Plaintiff's motion for leave to proceed *in forma pauperis* is DENIED.

2.  This action is DISMISSED as frivolous.

3.  The Clerk is directed to close the file.


                              BY THE COURT:


                              /s/ John P. Fullam
                              John P. Fullam, Sr. J.